

Attorneys admitted in
California, New York,
Texas, Colorado, and
Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

October 31, 2024

**DELIVERED VIA ECF**

The Honorable Margaret M. Garnett
United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

        Case Title:      *Elliot McGucken v. Lonely Planet Global, Inc., et al.*
                                    1:24-cv-06686-MMG
        Re:               Notice of Settlement

Your Honor:

     This office represents Plaintiff, Elliot McGucken, in the above referenced matter. We write to provide notice that the parties have reached a settlement as to all claims at issue in this case and are in the process of executing a settlement agreement. Performance thereunder will be completed in 45 days at which time the parties will stipulate to dismiss the case with prejudice.

     In light of the foregoing, the parties respectfully request that the Court vacate all current hearing dates and deadlines and provide the parties 45 days to complete the settlement process and dismiss the action. This is the parties' first request of this nature. Defendant joins in this request. We thank Your Honor for your attention to this matter.

                                                      Respectfully submitted,

                                   By:     */s/ David Michael Stuart Jenkins*
                                                David Michael Stuart Jenkins
                                                DONIGER / BURROUGHS
                                                For the Plaintiff

**SO ORDERED.**

Dated: _____, 2024               By:     _____
New York, New York                                     Honorable Margaret M. Garnett
                                                         United States District Judge